

# In the
# Court of Appeals
# Second Appellate District of Texas
# at Fort Worth

No. 02-18-00389-CR

| | | |
|---|---|---|
| RAYMOND MALONE, Appellant | § | On Appeal from County Criminal Court No. 3 |
| | § | of Denton County (CR-2017-08064-C) |
| V. | § | July 25, 2019 |
| | § | Per Curiam |
| THE STATE OF TEXAS | § | (nfp) |

## JUDGMENT

This court has considered the record on appeal in this case and holds that the appeal should be dismissed. It is ordered that the appeal is dismissed for want of prosecution.

SECOND DISTRICT COURT OF APPEALS

PER CURIAM